# United States District Court

Eastern District of Wisconsin

PATRICIA L. GUY,　　　　　　　　**JUDGMENT IN A CIVIL CASE**
　　　　PLAINTIFF,

　　　　v.　　　　　　　　　　　　**CASE NUMBER**: **04-C-921**

DEBRA LAROSA and
CITY OF MILWAUKEE HOUSING AUTHORITY,
　　　　Defendants.

[X]　**Decision by Court**. This action came for consideration before the Court.

**IT IS ORDERED AND ADJUDGED** that
Plaintiff's motion for summary judgment is **denied;** and
Defendants' motion for summary judgment is **granted** and the Plaintiff's complaint and this case are **dismissed**.

　　　　　　　　　　　　　　　　　　SOFRON B. NEDILSKY
　　　　　　　　　　　　　　　　　　Clerk of Court

March 17, 2006　　　　　　　　　　s/ V. Kelly Barton Terry
Date　　　　　　　　　　　　　　　(By) Deputy Clerk


　　　　　　　　　　　　　　　　　　Approved this 17th day of March, 2006.

　　　　　　　　　　　　　　　　　　s/AARON E. GOODSTEIN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge